# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, <br><br> Appellant, <br><br> v. <br><br> PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; GENERAL SERVICES ADMINISTRATION; EXECUTIVE OFFICE OF THE PRESIDENT; OFFICE OF THE VICE PRESIDENT; OFFICE OF ADMINISTRATION; MICHAEL R. PENCE, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; KRIS W. KOBACH, IN HIS OFFICIAL CAPACITY AS VICE CHAIR OF THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; ANDREW KOSSACK, IN HIS OFFICIAL CAPACITY AS DESIGNATED FEDERAL OFFICER FOR THE PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY; TIMOTHY R. HORNE, IN HIS OFFICIAL CAPACITY AS ACTING ADMINISTRATOR OF THE GENERAL SERVICES ADMINISTRATION; Marcia L. Kelly, in her official capacity as director of the office of administration, <br><br> Appellees. | Case No: 17-5167 |

## **STATEMENT OF ISSUES TO BE RAISED**

Pursuant to the Court's July 21, 2017 Order, Appellant Lawyers' Committee for Civil Rights Under Law hereby submits its statement of issues to be raised in the appeal. In this appeal, Appellant is requesting review of the District Court's July 18, 2017 order denying Appellant's Motion for Temporary Restraining Order and Preliminary Injunction. The following issues are raised on appeal:

1. Whether the District Court erred in holding that the Federal Advisory Committee Act, 5 U.S.C. app. II, does not provide a private right of action.

2. Whether the District Court erred in holding that the Federal Advisory Committee Act, 5 U.S.C. app. II § 10(a), does not require an advisory committee to allow members of the public to attend committee meetings in person.

3. Whether the District Court erred in holding that Defendants satisfied their disclosure obligations under the Federal Advisory Committee Act, 5 U.S.C. app. II § 10(b), as of the date of the District Court's decision.

4. Whether the District Court erred in holding that Appellant did not suffer irreparable harm from Appellees' failure to disclose additional

records, as of the date of the District Court's decision, that are subject to Section 10(b)'s mandatory disclosure requirements.

5. Whether the District Court erred in holding that "the equitable and public interest factors are in equipoise" where Appellees failed to disclose additional records, as of the date of the District Court's decision, that are subject to Section 10(b)'s mandatory disclosure requirements.

6. Whether the District Court erred in holding that the mandatory language in the Federal Advisory Committee Act, 5 U.S.C. app. II § 10(b), did not give Appellant a "clear and indisputable right" to the relief sought by Appellant as of the date of the District Court's decision, and thereby declining to grant mandamus relief at that time.

Dated:  August 21, 2017

Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
Ezra D. Rosenberg (D.C. Bar # 360927)
Marcia Johnson-Blanco (D.C. Bar # 495211)

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Washington, DC  20005
Telephone:  +1 202.662.8600
Facsimile:  +1 202.783.0857
erosenberg@lawyerscommittee.org

Respectfully submitted,

/s/     R. Stanton Jones
John A. Freedman (D.C. Bar No. # 453075)
Robert N. Weiner (D.C. Bar # 298133)
David J. Weiner (D.C. Bar # 499806)
R. Stanton Jones (D.C. Bar # 987088)
Daniel F. Jacobson (D.C. Bar # 1016621)

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
John.Freedman@apks.com

Kathryn W. Hutchinson
ARNOLD & PORTER KAYE SCHOLER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

Counsel for Plaintiff Lawyers' Committee for Civil Rights Under Law

*Counsel for Appellant*

# **CERTIFICATE OF SERVICE**

    I, R. Stanton Jones, hereby certify that on this 21st day of August 2017, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system, causing a true and correct copy to be served on all counsel of record.

                                          /s/ R. Stanton Jones
                                          R. Stanton Jones

                                          *Counsel for Appellant*